**Robert Earl GASSAWAY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27273.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

No attorney on appeal.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Under indictment for murder with malice, appellant was found guilty of murder without malice and assessed punishment at five years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for our consideration.

The judgment is affirmed.